1 DANIEL HILL
HILL FIRM PLLC
2 Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
3 Las Vegas, Nevada 89101
Phone: 702-848-5000
4 Fax: 702-442-8338
dan@hillfirmlawyers.com
5 Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-193-DJA |
| Plaintiff, | ORDER_____ TO CONTINUE ENTRY OF PLEA |
| vs. | (First Request) |
| SAMUEL LOPEZ-RIVERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, through Rachel Kent, Esq., Assistant United States Attorney, together with Daniel Hill, Esq., counsel for defendant Samuel Lopez, that the status check on entry of plea currently scheduled for June 17 at 11AM be vacated and set to a date and time convenient to this Court, approximately 30 days from the current date.

This stipulation is entered into for the following reasons:

1. The Defendant is out of custody and does not object to the continuance.

2. Defense counsel received a potential plea on June 15, 2021 and needs additional time to investigate its propriety and advise his client.

///

///

1

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first such request.

DATED this 16th day of June 2021.

*/s/ Daniel Hill*
_____
Daniel Hill, Esq.
Counsel for Defendant

*/s/ Rachel Kent*
_____
Rachel Kent, Esq.
Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL LOPEZ-RIVERA,<br><br>Defendant. | 2:21-mj-193-DJA<br><br>ORDER |

Based on the stipulation and good cause appearing,

IT IS HEREBY ORDERED that the status check on entry of plea in the above-captioned matter currently scheduled for June 17 at 11AM, be vacated and continued to July 22, 2021, at 11:00 a.m., Courtroom 3A.

DATED   June 17, 2021

_____
THE HON. DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE

3