DANIEL HILL
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Phone: 702-848-5000
Fax: 702-442-8338
dan@hillfirmlawyers.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00193-DJA |
| Plaintiff, | ORDER <u>TO CONTINUE TRIAL</u> |
| vs. | <u>(First Request)</u> |
| SAMUEL LOPEZ-RIVERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, through Supriya Prasad, Esq., Assistant United States Attorney, together with Daniel Hill, Esq., counsel for defendant Samuel Lopez-Rivera, that the trial currently scheduled for December 8, 2021 at 9:00a.m. be vacated and set to a date and time convenient to this Court, around 30 days from the current trial date. This stipulation is entered into for the following reasons:

1. The Defendant is out of custody and does not object to the continuance.

2. Defense counsel needs additional time to prepare for trial

///

///

///

1

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the trial.

DATED this 7th day of December 2021.

/s/ Daniel Hill
_____
Daniel Hill, Esq.
Counsel for Defendant

/s/ Supriya Prasad
_____
Supriya Prasad, Esq.
Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-mj-00193-DJA |
| Plaintiff, | |
| vs. | ORDER |
| SAMUEL LOPEZ-RIVERA, | |
| Defendant. | |

Based on the stipulation and good cause appearing,

IT IS HEREBY ORDERED that trial in the above-captioned matter currently scheduled for December 8, 2021 at 9:00 a.m., be vacated and continued to February 16, 2022, at 9:00 a.m., Courtroom 3A.

DATED  December 8, 2021

THE HON. DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE